WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Robert P. Lesko (Atty ID #20261993)
200 Campus Drive
Florham Park, New Jersey 07932
Tel: (973) 624-0800
*robert.lesko@wilsonelser.com*
Attorneys for Plaintiffs
*Hartford Casualty Insurance Company, Sentinel Insurance Company, Limited, and Twin City Fire Insurance Company*

| | |
|---|---|
| **HARTFORD CASUALTY INSURANCE COMPANY, et al.,**<br><br>*Plaintiff*<br><br>v.<br><br>**CALITRE LLC, et al.,**<br><br>*Defendant(s).* | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**<br><br>**Case No. 2:17-cv-09709-SDW-LDW**<br><br>**STIPULATION AND CONSENT ORDER ACKNOWLEDGING SERVICE OF SUMMONS AND EXTENDING TIME TO ANSWER** |

**THIS MATTER** having been brought before the Court upon the joint application of plaintiffs Hartford Casualty Insurance Company, Sentinel Insurance Company, Limited and Twin City Fire Insurance Company and defendants Calitre LLC, Sampson Enterprises, LLC, Eric Stolte and Walter Stolte, as evidenced by the signatures herein, and the Court being satisfied that good cause exists for the entry hereof, it is hereby **ORDERED** that:

1.  Service of the Complaint herein has been effectuated upon all defendants including defendants Calitre LLC, Sampson Enterprises, LLC Eric Stolte and Walter Stolte;

2.  The parties have undertaken a process by which to attempt to amicably resolve the claims and controversy that are the subject of the Complaint prior to conducting any further pleadings and procedures in this action ;

3.  The parties require additional time to complete the process jointly undertaken in hopes of amicably resolving this matter prior to conducting further pleadings and procedures in this action;

4.  Accordingly, the time in which all defendants must respond to the Complaint filed herein is hereby further extended to and including February 28, 2018.

                                                              **HONORABLE LEDA DUNN WETTRE, U.S.M.J.**

The undersigned counsel for hereby consent to entry of the foregoing order:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
*Attorneys for Plaintiffs*

By: _____
Robert P. Lesko

**FRANK T. LUCIANO, P.C.**
*Attorneys for Defendants*

By: _____
Frank T. Luciano